UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTIVITI, INC., COTIVITI HOLDINGS, INC. and COTIVITI USA, LLC,

        Plaintiffs,

-against-

KEVIN MCDONALD, RONALD JONES, JR., and JEFFREY MARTIN,

        Defendants.

Case No. 1:19-cv-06559

**[PROPOSED]**
**ORDER FOR ADMISSION PRO HAC VICE**

The Motion of Alex C. Weinstein ("Applicant") for admission to appear pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bar of the State of Illinois, and that his contact information if as follows:

> Alex C. Weinstein
> Vedder Price P.C.
> 222 North LaSalle Street
> Chicago, Illinois  60601
> 312.609.7853
> aweinstein@vedderprice.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Defendants, Kevin McDonald, Ronald Jones, Jr., and Jeffrey Martin, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

DATED: _____   _____
United States Magistrate/District Judge