UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTIVITI, INC., COTIVITI HOLDINGS, INC. and COTIVITI USA, LLC,

                 Plaintiffs,

v.

KEVIN MCDONALD, RONALD JONES, JR., and JEFFREY MARTIN,

                 Defendants.

Index No. 1:19 cv 06559 (VSB)

~~PROPOSED~~ ORDER APPROVING SUBSTITUTION OF PLAINTIFFS' COUNSEL

---

IT IS HEREBY STIPULATED AND AGREED that the law firm of LITTLER MENDELSON, P.C., shall be substituted as counsel of record for Plaintiffs Cotiviti, Inc., Cotiviti Holdings, Inc. and Cotiviti USA, LLC, in the above-captioned action, in the place and instead of the law firm GORDON REES SCULLY MANSUKHANI, LLP.  Said substitution has been effected with the knowledge and consent of Plaintiffs Cotiviti, Inc., Cotiviti Holdings, Inc. and Cotiviti USA, LLC.

Dated:   December 3, 2019

| LITTLER MENDELSON, P.C. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *Incoming Attorneys for Plaintiffs* | *Withdrawing Attorneys for Plaintiffs* |
| By: _____ | By: _____ |
| A. Michael Weber | Alexander Nemiroff |
| 900 Third Avenue | Three Logan Square |
| 8th Floor | 1717 Arch Street (Suite 610) |
| New York, New York 10022 | Philadelphia, PA 19103 |
| (212) 583-9600 | (267) 602-2041 |
| (646) 219-6181 (fax) | (215) 253-5107 (fax) |
| mweber@littler.com | hmtaylor@grsm.com |

SO ORDERED:

_____
Vernon S. Broderick
United States District Judge

Date:   12/4/2019

/48772924v.1