

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

October 20, 2021

Daniella E. Adler
212.471.4470 direct
212.583.9600 main
212.898.1201 fax
dadler@littler.com

**VIA ECF**

Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  *Cotiviti Holdings, Inc. et al v. McDonald, et al  19 cv 06559 (OTW)*

Dear Judge Wang:

Plaintiff Cotiviti Holdings, Inc., Cotivi USA, LLC and Cotiviti, Inc. hereby requests an adjournment of the four Settlement Conference calls currently scheduled for November 2, 2021 at 10:00 a.m., 3:00 p.m., and November 9, 2021 from 3:00-5:00 p.m. because Plaintiff is not available on those dates and times.

The parties seek to reschedule the four calls, beginning with Plaintiff. The parties' availability is as follows:

- Plaintiff is available before 3:00 p.m. on any date except the following: November 2, 10, 11, 12, 22-26; December 22-31.

- Defendants are not available on the following dates: November 5 (afternoon), 10 (morning), 16 (morning), 24, 26; December 6 (morning) and 13 (morning).

Both parties consent to this request.

Respectfully submitted,

/s/ Daniella Adler

Daniella Adler

cc:     All Counsel (via ECF)

---

The adjournment request is **GRANTED**. The Court will hold a telephonic Settlement Conference with Plaintiffs at 11:00 a.m. on both December 1, 2021 and December 8, 2021. The Court will hold a a telephonic Settlement Conference with Defendants at 3:00 p.m. on both December 1, 2021 and December 8, 2021. Ex Parte Settlement Conference Summary Forms and Letters are due by November 24, 2021. The parties shall refer to ECF 65 for instructions and dial in information.

**SO ORDERED.**

_____
Ona T. Wang          10/21/21
U.S.M.J.